UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GRIFFIN,<br><br>    Petitioner,<br><br>    v.<br><br>CONNIE GIPSON,<br><br>    Respondent. | No. 2:13-cv-2516 MCE GGH P<br>No. 2:13-cv-2660 JAM GGH P<br><br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an amended petition pursuant to order of the court. On April 24, 2014, petitioner filed a letter concerning both cases filed by him against Connie Gipson, 13-cv-2516, and 13-cv-2660, expressing confusion as to the status of both cases.

    In case number 13-cv-2516, respondent was ordered to file a response to the petition within sixty days of March 10, 2014. Petitioner is not required to file anything at the present time, but is directed to this court's March 10th order in that case, for instructions in responding to respondent's answer or motion to dismiss, to which he is expected to file a reply to an answer, or an opposition to a motion to dismiss.

/////

1

In case number 13-cv-2660, in which this court recommended dismissal of the action, petitioner was granted an extension of time in which to file objections to the findings and recommendations, which were due within thirty days of April 2, 2014.  Because the thirty days have already passed, this court will construe petitioner's April 24, 2014 filing as a request for extension of time in which to file objections based on his confusion, and will grant the request.

Accordingly, IT IS ORDERED that:

1. Petitioner's April 24, 2014 letter, construed as a request for extension of time in case number 13-cv-2660, is granted;

2. Petitioner shall file objections to the findings and recommendations, filed March 4, 2014, within thirty days of this order; and

3. The Clerk of the Court shall file this order in both cases 13-cv-2516 and 13-cv-2660.

Dated: May 7, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/grif2516.sts