UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GRIFFIN, | No.  2:13-cv-2516 MCE GGH P |
| Petitioner, | No.  2:13-cv-2660 JAM GGH P |
| v. | ORDER |
| CONNIE GIPSON, | |
| Respondent. | |

Petitioner has requested an extension of time to file a "response" in both of his cases.  In case number 2:13-2516, petitioner is granted 21 days in which to file a reply to the answer.  In case number 2:13-2660, the undersigned denies an extension of time with respect to the filing of objections to the Findings and Recommendations issued March 4, 2014.  The Findings and Recommendations indicate that the petition in 2:13-2660 is an exact duplicate of that filed in 2:13-2516.  It does not take months of research in the law library to respond to this reason for recommending dismissal.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time in 13-2516 (ECF  18) is granted, and denied in 2:13-2660 (ECF 13)); and

2. Petitioner shall file a reply to the answer in 2:13-2516 within twenty-one (21) days from the date of this order.  The Findings and Recommendations in 2:13-2660 will be processed before the district judge.

1

3. The Clerk of the Court shall file this order in both cases 13-cv-2516 and 13-cv-2660.

Dated: June 19, 2014

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076:md; grif2516.111